# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-CR-161-32 |
| | ) | REEVES/GUYTON |
| JAMES HANDLY | ) | |

## MEMORANDUM AND ORDER

This matter is before the court on the defendant's *pro se* motion for early termination of supervised release [R. 1048]. In support of his motion, defendant states that he has completed 18 months of a 3-year term of supervised release. He has maintained employment since his release from prison, and sees a psychiatrist at his own expense to maintain sobriety. While in prison, he completed the RDAP program, CDL (truck driver) training, Meineke mechanical certification, and OSHA forklift licensing.

Defendant's probation officer reports that defendant commenced supervision on September 16, 2016. He confirms defendant has maintained stable employment, paid all court-ordered financial obligations, and passed all drug screens. Defendant has established a permanent residence. The probation officer further reports that defendant had no aggravated role in the offense; appears to pose no identifiable risks to public safety, and is compliant with the conditions of his supervised release. The probation officer has no objections to early termination.

Defendant pled guilty to conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine and 280 grams or more of crack cocaine, and sentenced to 46 months imprisonment followed by three years of supervised release. The record shows that defendant has completed more than half of his ordered term of supervised release. He has paid all financial obligations in full. Defendant moves for early termination of supervised release pursuant to 18 U.S.C. § 3583(e) provides:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7) –
>
> Terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

After carefully considering the requirements of the statute, the court finds that the relevant portions of 18 U.S.C. § 3583(a) support an early termination of defendant's supervised release. In support of this determination, the court notes that defendant has completed more than one year of his term of supervised release and that defendant is in compliance with the conditions of his release. In addition, his probation officer recommends early termination. The Government has not opposed the motion. It appears to the court that defendant has rehabilitated himself and he poses no threat to any individual or the community to reoffend. Accordingly, because the requirements of 18 U.S.C. § 3583(e)(1) have been satisfied and in light of the lack of any objection by the Probation Office or the Government, the court finds defendant's motion for early termination of

supervised release well taken, and it is hereby **GRANTED**.  Defendant's term of supervised release is **TERMINATED.**

The court commends defendant for his efforts to turn his life around, and wishes him success in his future endeavors.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**